1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  MARY DE LA CRUZ,                    )    CASE NO.: 2:09-cv-01295 JAM GGH
                                        )
12           Plaintiff,                 )
                                        )
13      vs.                             )    **ORDER GRANTING**
                                        )    **STIPULATION AND JOINT**
14  ALLIANCE ONE, INC.                  )    **REQUEST FOR DISMISSAL**
                                        )    **PURSUANT TO FED. R. CIV. P. 41**
15                                      )
                                        )
16           Defendant.                 )
                                        )
17  _____    )

18

19

20

21

22

23

24

25

26

27

28

1       Pursuant to the parties' stipulation and joint request, IT IS HEREBY

2   ORDERED that the action be dismissed with prejudice pursuant to Rule

3   41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its

4   own costs and attorneys' fees.

5   **IT IS SO ORDERED.**

6

7   DATED: August 31, 2009            /s/ John A. Mendez_____

8                                  Honorable John A. Mendez
                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28